# MEMORANDUM DECISIONS

---

**I**

**Thomas ARTHUR, Plaintiff in Error, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
January 9, 1928.

No. 97.

In Error to the District Court of the United States for the Southern District of New York.

Andrew Eckel, of New York City, for plaintiff in error.

J. M. Gibbons, of New York City (E. R. Brumley, of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

---

**2**

**Dwight James BAUM, Plaintiff in Error, v. FIRST NATIONAL COMPANY OF SARASOTA, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
January 19, 1928.

No. 236.

In Error to the District Court of the United States for the Southern District of New York.

Thomas McCall, of New York City, for plaintiff in error.

Loucks, Griffin, Connet & Cullen, of New York City (Wm. H. Griffin, of New York City, of counsel), for defendant in error.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.